# EXHIBIT

# "A"

Recording requested by and when recorded,
mail this Deed and Tax Statements to:

Commonwealth Property Advocates, LLC
10291 South 1300 East, Suite 120
Sandy, UT 84094

ORIGINAL RECORD:
Entry #7500991, Book 8319, Page 4154
Recorded: October 29, 1999

## QUITCLAIM DEED
APN/Tax/Parcel#: 2235376024

10859670
12/15/2009 03:46 PM $10.00
Book - 9788 Pg - 8240
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
COMMONWEALTH PROPERTY ADVOCATE
10291 S 1300 E #120
SANDY UT 84094
BY: MGB, DEPUTY - WI 1 P.

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Larry R. McNeill (Grantor), whose address is 8430 Robidoux Road Sandy, Utah 84093, does hereby REMISE, RELEASE, GRANT, AND FOREVER QUITCLAIM to Commonwealth Property Advocates, LLC located at 10291 South 1300 East, Suite 120 Sandy, UT 84094 the real property commonly described as *8430 Robidoux Road Sandy, Utah 84093*, and legally described as *LOT 814, COUNTRY CLUB ESTATES SUBDIVISION, ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER* .

Executed on December 15, 2009, under penalty of perjury.

*Grantor: Larry R. McNeill*

JURAT

State of Utah                              }
                                           }   ss
County of Salt Lake                        }

Subscribed, sworn to, and affirmed before me on December 15, 2009 by Larry R. McNeill  who proved to me on the basis of satisfactory evidence to be the natural person(s) who appeared before me.

*Notary Public*

