IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| COMMONWEALTH PROPERTY ADVOCATES LLC , <br><br> Plaintiff, <br><br> vs. <br><br> JP MORGAN CHASE BANK, et. al, <br><br> Defendants. | ORDER <br><br><br><br><br> Case No. 2:09-CV-1099 (TC) |

Plaintiff Commonwealth Property Associates LLC filed this suit on December 15, 2009. The suit presents at least three claims for declaratory judgment against Defendants JP Morgan Chase Bank, National Association, and Marlon L. Bates.

After reviewing the Complaint, the court ordered Plaintiff to show cause why the court has subject matter jurisdiction. (Order, Docket No. 2.) Plaintiff did not present claims that would support jurisdiction pursuant to 28 U.S.C. § 1331, nor allege facts that would support jurisdiction pursuant to 28 U.S.C. § 1332.

Plaintiff responded to the court's order by filing an Amended Complaint. (Am. Compl., Docket No. 3.) Based on a cursory review, the Amended Complaint omits a party and presents various facts in support of jurisdiction pursuant to 28 U.S.C. § 1332.

&gt;

&gt;

&gt;

But, consistent with its responsibility as a court of limited jurisdiction, the court may not consider Plaintiff's Amended Complaint when it lacks subject matter jurisdiction over the initial Complaint.

Accordingly, the case is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED.  DATED this 22nd day of December 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge